UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALI JAAFAR and YOUSEF JAAFAR,<br><br>Defendants. | No. 21-cr-10248-NMG |

## GOVERNMENT MOTION TO DISMISS
## COUNTS 3, 4, 5, 7, 13 & 14

The government respectfully moves to dismiss Counts 3, 4, 5, 7, 13 and 14 of the Indictment, which charge violations of 26 U.S.C. § 7206. Two counts charging violations of 26 U.S.C. § 7206 remain: Counts 6 and 15.

Nothing in the foregoing should be construed as limiting the government's ability to present otherwise admissible evidence of the defendants' conspiracy to defraud the United States or the defendants' filing or causing the filing of false tax returns, nor any other theory of liability reflected in the Indictment.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
KRISTEN A. KEARNEY
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that, on the below date, this document was filed through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 */s/ Christopher J. Markham*
                                                 CHRISTOPHER J. MARKHAM
                                                 Assistant United States Attorney

Dated: November 22, 2022